Per
 
 cwriaj?j.
 

 Ta!r.ing a full price and stowing upon deck, will subject the owner of the vessel to pay damages, if what is pl-.o. d on deck be
 
 thereby
 
 lost or damaged ; but if
 
 that
 
 did not occasion the loss, he will be no more liable for damage to. that pact of the cargo than to the rest of it.
 

 Vide
 
 Nbw-York Term Reports, 43.- — Goods shipped on deck* the shipper paying one half freight, if ejected ir. a storm, shad not haye contribution from the goods in the hold, and the owner of the vessel is not liable.
 

 N. 15. In the above case, the owner of the ship, the defendant, offered the captain as a witness to prove the loss to have been occasioned by distress of weather, and not by any neglect on his. part; but the court would not receive him till releassd by the defendant. The court said it is not like the case of a shopkeeper’s servant becoming a witness.